*For affirmance*—THE CHIEF JUSTICE, PARKER, CAMPBELL, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—None.

ANTHONY GALIOTO ET AL., RESPONDENTS, v. ERIE RAIL-ROAD COMPANY, APPELLANT.

Submitted May 29, 1930—Decided February 2, 1931.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, CAMP-BELL, LLOYD, CASE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 12.

*For reversal*—None.

GOLDSMITH, MYER & LOBDELL, INCORPORATED, APPEL-LANT, v. PHILIP GLADSTONE, RESPONDENT.

Submitted May 29, 1930—Decided February 2, 1931.

For the appellant, *Pitney, Hardin & Skinner.*

For the respondent, *Samuel H. Nelson.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JÚSTICE, TRENCHARD, CAMPBELL, LLOYD, CASE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 12.

*For reversal*—None.

JACOB HOLDMAN, RESPONDENT, v. MICHAEL J. TANSEY, APPELLANT.

Submitted May 29, 1930—Decided October 20, 1930.

*Michael J. Tansey, pro se.*

For the respondent, *Louis Spiegel.*

PER CURIAM.

Plaintiff sued in the Essex Circuit Court for the recovery of the sum of $1,000 on a promissory note, and for the amount of a check in the sum of $250; with interest and costs on both, which were made by defendant to respondent. The defendant answered and said that the note and check were usurious and illegal under the statute. The plaintiff